IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
WINCHESTER DIVISION

KRISTAN HOLIDAY,

    Plaintiff,                    Case No. 4:22-cv-55

NESCO RESOURCE, LLC,

    Defendant.

**NOTICE OF VOLUNTARY OF DISMISSAL**

    COMES NOW Plaintiff, Kristan Holiday, by and through counsel, and gives notice that the claims in this action have been resolved. Defendant Nesco Resource, LLC, has not served an answer or dispositive motion in this action. Accordingly, Plaintiff voluntarily dismisses all claims in this case against Defendant, with prejudice.

    Respectfully submitted,

*/s Caroline Drinnon*
Heather Moore Collins (# 026099)
Caroline Drinnon (# 037016)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
caroline@hmccivilrights.com

*Attorneys for Plaintiff*

1